DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROY O. DANIELS**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-3648

[February 14, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 96-019118 CF 10A.

Roy O. Daniels, Raiford, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***